UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHEENA BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:05-0715 |
| | ) JUDGE ECHOLS |
| THE FINISH LINE, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court rules as follows:

(1) Defendants' Motion to Dismiss and Compel Arbitration (Docket Entry No. 13) will be construed as a Motion to Stay Pending Arbitration and, as such, is hereby GRANTED;

(2) Paragraphs 13(A) and 13(B) of "The Finish Line, Inc. Employee Dispute Resolution Plan" are hereby SEVERED from the Plan and will be of no force or effect in the proceedings before the arbitrator;

(3) The parties are hereby ORDERED to arbitrate the Plaintiff's claims as set forth in her Complaint;

(4) The Defendant shall notify the Court within fifteen (15) days of the date of final conclusion of the arbitration proceedings that the arbitration has concluded; and

(5) This case is hereby ADMINISTRATIVELY CLOSED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE